APPEAL NO. 04-14-00180-CR
TRIAL COURT NO. 12-04-10954-CR

LEONARDO RIVAS,                        §        IN THE COURT OF
TDCJ-CID # 01919094                    §
                                       §
        Appellant/Petitioner,          §
                                       §
VS.                                    §        CRIMINAL APPEALS
                                       §
THE STATE OF TEXAS,                    §
                                       §
        Appellee/Respondent.           §        OF TEXAS
                                       §
                                       §

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

### APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant Leonardo Rivas respectfully moves the Court for a 90-day extension of time, or until December 2, 2015, to file his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

1. This case is presently pending in the Fourth Court of Appeals, San Antonio, Texas.

2. The style and number of the case is Leonardo Rivas v. State of Texas, Appeal No. 04-14-00180-CR.

3. The style and number of the case in the trial court is State of Texas v. Leonardo Rivas, Cause No. 12-04-10954-CR; from the 38th District Court of San Antonio.

4. The San Antonio Court of Appeals affirmed the convictions on August 19, 2015.

5. The date of the Court of Appeals' judgment is August 19, 2015.

6. The present deadline for filing a PDR is September 18, 2015. The present deadline for filing a motion for extension of time to file a PDR under Tex.R.App.P. 68.2(c) is October 3, 2015.

7. The length of time requested for the extension is 90 days from the

Appellant's Motion for Extension of Time to File Petition for Discretionary Review - Page 1

present deadline for filing a motion for extension of time to file a PDR under Tex.R.App.P. 68.2(c).

8. The number of extensions previously granted regarding the item in question is none.

9. The facts relied upon to show good cause for the requested extension are:

   a. Leonardo was represented by court-appointed counsel during the appeal of this conviction to the Court of Appeals.

   b. The trial court has not appointed counsel to file a PDR.

   c. Leonardo's brother Michael who is also codefendant and is presently incarcerated at the Connally Unit in Kenedy, Texas, is having Leonardo's PDR prepared at the Connally Unit. Leonardo is incarcerated at the Medina County Jail in Hondo, Texas awaiting trial on an unrelated charge. Leonardo needs time to have the PDR prepared and mailed home for copies for filing and service and mailed to him at the Medina County Jail so he can sign, date and file the PDR.

   d. The legal and factual issues addressed by the Court of Appeals are complex, and Leonardo cannot adequately prepare his PDR before the present deadline.

10. Leonardo does not have the time or the resources to ask opposing counsel whether he or she has any objections to this Motion. The granting of this Motion will not be prejudicial to the State because it will not undue past executed effects of the judgment.

WHEREFORE, Appellant Leonardo Rivas respectfully moves the Court for a 90-day extension of time, or until December 2, 2015, to file his Petition for Discretionary Review, as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

SUBMITTED and SUBSCRIBED on this the 14 day of SEPTEMBER, 2015.

Respectfully submitted,

Leonardo Rivas, Pro Se
Medina County Jail
801 Ave. Y
Hondo, Texas 78861

BILLY JAMES KINSEY
Notary Public
State of Texas
My Comm. Exp. 10-16-2016

Appellant's Motion for Extension of Time to File Petition for Discretionary Review - Page 2

## DECLARATION

"I, Leonardo Rivas, presently incarcerated in the Medina County Jail in Medina County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion for Extension of Time are true and correct and that I handed this Motion to the jailer for mailing on this date in a postpaid package.

"Executed on this the 14 day of SEPTEMBER, 2015."

_Leonardo Rivas_
Leonardo Rivas

## CERTIFICATE OF SERVICE

I certify that on this the 14 day of SEPTEMBER, 2015, I served the following parties with a true and correct copy of this Motion for Extension of Time by U.S. mail by handing the postpaid package to the jailer to the address below:

38th Judicial District Attorney's Office
3102 Avenue G
Hondo, Texas 78861

State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711

_Leonardo Rivas_
Leonardo Rivas

BILLY JAMES KINSEY
Notary Public
State of Texas
My Comm. Exp. 10-16-2016